UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RIGOBERTO JAUREGUI,

    Defendant.

CASE NO. 12CR1340-MMA

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_\_\_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

8:1326(a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 3, 2012

William V. Gallo
U.S. Magistrate Judge